ORIGINAL

FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0220

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0220

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DESMOND D. HARDESTY,

    Defendant and Appellant.

O R D E R

FILED

MAR 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the Appellant Desmond D. Hardesty filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Hardesty was given time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Hardesty's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 2nd day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices